F I L E D
CLERK, U.S. DISTRICT COURT
10/29/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:21-cr-00198-DSF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| LOUIS ZIMMERLE, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 1343]

A.  INTRODUCTORY ALLEGATIONS

1.  At times relevant to this Indictment:

    a.  Defendant LOUIS ZIMMERLE, along with Co-Schemer 1, owned and operated a company known as BNZ Capital One, LLC ("BNZ CAPITAL").

    b.  BNZ CAPITAL had its principal place of business in Newport Beach, California.

///
///

B.   THE SCHEME TO DEFRAUD

2.   Beginning no later than in or around February 2020, and continuing to at least March 2021, in Orange County, within the Central District of California, defendant ZIMMERLE, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud individual investors as to material matters, and to obtain money and property from individual investors, by means of material false and fraudulent pretenses, representations, and promises, and through the concealment of material facts.

3.   The fraudulent scheme operated, in substance, in the following manner:

   a.   Defendant ZIMMERLE, Co-Schemer 1, and others known and unknown to the Acting United States Attorney (the "Marketers") would solicit individual investors to invest with BNZ Capital. Investors were promised guaranteed returns of between 8% and 10% per year. To make the payments promised to earlier investors, defendant ZIMMERLE, Co-Schemer 1, and the Marketers would solicit new investors. Many of the investors solicited had a preexisting relationship with defendant ZIMMERLE, Co-Schemer 1, or the Marketers through prior investments or insurance contracts that defendant ZIMMERLE, Co-Schemer 1, or the Marketers had sold to the investors.

   b.   In soliciting investors, defendant ZIMMERLE, Co-Schemer 1, and the Marketers would falsely represent that BNZ Capital was in the business of buying and developing real estate projects and flipping real estate, that is, purchasing real estate for below market value and selling it for a higher value. Defendant ZIMMERLE, Co-Schemer 1, and the Marketers falsely represented to investors that they would receive a guaranteed rate of return on their investments

2

between 8% and 10%, which would be paid out monthly, quarterly, or yearly, as well as potential bonuses based on the success of the real estate development projects and sales.  Co-Schemer 1 further represented that the investment was "safe" and "FDIC insured."  Co-Schemer 1 also failed to disclose to investors that he had previously been barred from acting as or associating with a broker-dealer by Financial Industry Regulatory Authority.

    c. In truth, while BNZ Capital purchased some real estate, it did not actually take any substantial steps toward development of parcels, nor did BNZ Capital flip real estate for a profit.  Rather, BNZ Capital primarily used investor funds to (1) pay defendant ZIMMERLE, Co-Schemer 1, the Marketers, and other insiders, (2) purchase the homes in which defendant ZIMMERLE and Co-Schemer 1 resided, and (3) repay earlier investors with new investor money.  Further, the investments were always at risk and never "safe" or "FDIC insured."

C. <u>THE USE OF INTERSTATE WIRES</u>

  4. On or about April 23, 2020, in Orange County, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant ZIMMERLE, Co-Schemer 1, and others known and unknown to the Acting United States Attorney, each aiding and abetting each other, transmitted and caused the transmission, by means of wire communication in interstate and foreign commerce, of a wire transfer of $89,500.00 from victim P.P.'s account at Wells Fargo Bank to Chase Bank account ending x7695 in Newport Beach, California.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offense; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

///
///
///

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                    TRACY L. WILKISON
                    Acting United States Attorney

                    SCOTT M. GARRINGER
                    Assistant United States Attorney
                    Chief, Criminal Division

                    BENJAMIN R. BARRON
                    Assistant United States Attorney
                    Chief, Santa Ana Branch Office

                    BRADLEY E. MARRETT
                    Assistant United States Attorney
                    Deputy Chief,
                    Santa Ana Branch Office