Andrew S. Cowan (SBN 165435)
Holmes, Taylor, Athey, Cowan, Mermelstein & Jones LLP
811 Wilshire Blvd. Suite 1460
Los Angeles, CA 90017

```
               F I L E D
       CLERK, U.S. DISTRICT COURT

            11/29/2021

     CENTRAL DISTRICT OF CALIFORNIA
     BY:      DVE         DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:21-CR-198-ODW |
| v. | |
| Louis Zimmerle | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Andrew S. Cowan _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

22 November 2021
Date

_[Defendant's Signature]_

Sacramento, CA
City and State

## APPEARANCE OF COUNSEL

I, Andrew S. Cowan _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment of Information in this case.

11/22/21
Date

_[Attorney's Signature]_

165435
California State Bar Number

811 Wilshire Blvd., Suite 1460
Street Address

Los Angeles, CA 90017
City, State, Zip Code

213-973-2200             213-973-6282
Telephone Number         Fax Number

acowan@holmestaylor.com
E-mail Address